OPINION — AG — ** BINGO GAMES — EMPLOYEES — VOLUNTEER WORKERS ** AN ORGANIZATION WHICH HOLDS A BINGO LICENSE MAY USE VOLUNTEERS TO ASSIST IN THE CONDUCTING OR OPERATING OF BINGO GAMES PROVIDED THAT SUCH VOLUNTEERS RECEIVE NO COMPENSATION OR CONSIDERATION FOR THEIR SERVICES. CITE: 21 O.S. 995.1 [21-995.1], 21 O.S. 995.15 [21-995.15] [21-995.15] (CRIMES AND PUNISHMENTS, BINGO SALARIES) (DAVID W. LEE)